COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
BENJAMIN STREBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:26-CR-00096-DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER** |
| vs. | ) | |
| BENJAMIN STREBEL, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereto, by and through counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a change of plea hearing on July 13, 2026.

2.      The parties hereto, through counsel, respectfully request that the Court reset the change of plea hearing to the Court's calendar on August 10, 2026. Additionally, the parties request that the Court exclude time under the Speedy Trial Act between July 13, 2026, and August 10, 2026, inclusive. In so requesting, the parties agree and stipulate, and request that the Court find the following:

a) The discovery produced includes multiple recordings of undercover drug transactions, interviews, law enforcement reports, and lab reports. Defense counsel desires additional time to consult with his client, to review and copy discovery for

this matter, to discuss change of plea issues, and to otherwise prepare for trial if necessary.

b) Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence..

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2026 to August 10, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Code T2] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: July 9, 2026                    /s/ Chris Cosca
                                       CHRIS COSCA
                                       Attorney for Defendant
                                       BENJAMIN STREBEL

Dated: July 9, 2026                    /s/ Cameron Desmond
                                       CAMERON DESMOND
                                       Assistant US Attorney
                                       Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the change of plea hearing scheduled for July 13, 2026 is vacated, a change of plea/status conference is now scheduled for August 10, 2026, at 930 a.m., and time is excluded for the time period of July 13, 2026 to August 10, 2026 inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4].

IT IS SO ORDERED.

Dated:    **July 9, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO CONTINUE CHANGE OF PLEA HEARING.
USA v. BENJAMIN STREBEL