COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
BENJAMIN STREBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN STREBEL,<br><br>Defendant. | 2:26-CR-00096-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

**STIPULATION**

The parties hereto, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference and/or a Change of Plea on November 23, 2026.

2. The parties hereto, through counsel, respectfully request that the Court reset the matter for a Status Conference on February 22, 2027. Additionally, the parties request that the Court exclude time under the Speedy Trial Act between November 23, 2026, and February 22, 2027, inclusive. In so requesting, the parties agree and stipulate, and request that the Court find the following:

a) The discovery produced includes multiple recordings of undercover drug transactions, interviews, law enforcement reports, and lab reports. Defense counsel desires additional time to consult with his client, to review and copy discovery for

this matter, to discuss change of plea issues, and to otherwise prepare for trial if necessary.

b) Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence..

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 23, 2026 to February 22, 2027 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 18, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
BENJAMIN STREBEL

Dated: November 18, 2026

/s/ Cameron Desmond
CAMERON DESMOND
Assistant US Attorney
Attorney for Plaintiff

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Status Conference and/or a Change of Plea hearing previously scheduled for November 23, 2026, is continued to February 22, 2027, at 9:30 a.m. and time is excluded under the Speedy Trial Act between November 23, 2026, and February 22, 2027, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) and (iv).

IT IS SO ORDERED.

Dated: **November 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE